UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA R. CROCKETT,

        Plaintiff,   Case Number 22-10240
v.   Honorable David M. Lawson

GENERAL MOTORS, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

On March 31, 2022, the plaintiff filed a notice voluntarily dismissing with prejudice her claims against the defendant in this matter. The defendant has not filed an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated: April 6, 2022